# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PAUL LOUIS WILLIAMS, III,<br><br>                    Defendant. | CASE NO. 15cr0341-W<br><br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_x_  of the offense(s) as charged in the Indictment/Information:

    21:952,960 - Importation of Heroin and Cocaine (Felony)

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/17/15

                                        William V. Gallo
                                        U.S. Magistrate Judge

**FILED**

MAR 17 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY